IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MERCADO INSULATION SERVICES,
INC., et al.,

        Plaintiffs

           v.                    CIVIL NO. 09-1911 (JP)

BIOPHARMAX, INC.,

        Defendant

## FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case (**No. 56**).  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR** Plaintiffs Mercado Insulation Services Inc. and William Mercado to have and recover **SIXTY TWO THOUSAND FIVE HUNDRED DOLLARS** (**$62,500.00**) from Defendant Biopharmax, Inc.  This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts therein.  This Judgment is entered without the imposition of attorneys' fees or costs.  The Court retains jurisdiction to enforce the Judgment if need be.

      **IT IS SO ORDERED.**

      In San Juan, Puerto Rico, this 11th day of March, 2011.

                              s/José Antonio Fusté
                              JOSÉ ANTONIO FUSTÉ
                       CHIEF U.S. DISTRICT JUDGE